HARRY BALM, APPELLANT, v. CITY OF CAPE MAY ET AL., RESPONDENTS.

Argued January 21, 1925—Decided February 19, 1925.

On appeal from the Supreme Court, in which Mr. Justice Campbell filed a memorandum which is printed in 3 *N. J. Mis. R.* 58.

For the appellant, *Louis H. Miller.*

For the respondents, *Lewis T. Stevens.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Campbell in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, LLOYD, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 13.

*For reversal*—None.